IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA J. MAGAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C 06-01779 CW<br><br>ORDER TEMPORARILY STAYING ACTION AND DENYING MOTION TO DISMISS WITHOUT PREJUDICE |

　　IT IS HEREBY ORDERED that all further proceedings in this case are STAYED pending a decision by the Judicial Panel on Multidistrict Litigation (MDL 1769) regarding the transfer of this case for consolidated pretrial proceedings.  All hearing and motion dates are VACATED pending further order of this Court.  Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP's Motion to Dismiss for Lack of Federal Subject Matter Jurisdiction is denied without prejudice.

　　**Plaintiff shall serve on all other parties a copy of this Order.**

Dated: 5/26/06　　　　　　　　　_____
　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA J. MAGAN,<br><br>    Plaintiff,<br><br>  v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., et al.,<br><br>    Defendants.<br>_____/ | No. C 06-01779 CW<br><br>ORDER TEMPORARILY STAYING ACTION AND DENYING MOTION TO DISMISS WITHOUT PREJUDICE |

    IT IS HEREBY ORDERED that all further proceedings in this case are STAYED pending a decision by the Judicial Panel on Multidistrict Litigation (MDL 1769) regarding the transfer of this case for consolidated pretrial proceedings.  All hearing and motion dates are VACATED pending further order of this Court.  Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP's Motion to Dismiss for Lack of Federal Subject Matter Jurisdiction is denied without prejudice.

    **Plaintiff shall serve on all other parties a copy of this Order.**

Dated: 5/26/06

                                             _____<br>
                                             CLAUDIA WILKEN<br>
                                             UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA J. MAGAN,<br><br>    Plaintiff,<br><br>   v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., et al.,<br><br>    Defendants. | No. C 06-01779 CW<br><br>ORDER TEMPORARILY STAYING ACTION AND DENYING MOTION TO DISMISS WITHOUT PREJUDICE |

   IT IS HEREBY ORDERED that all further proceedings in this case are STAYED pending a decision by the Judicial Panel on Multidistrict Litigation (MDL 1769) regarding the transfer of this case for consolidated pretrial proceedings.  All hearing and motion dates are VACATED pending further order of this Court.  Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP's Motion to Dismiss for Lack of Federal Subject Matter Jurisdiction is denied without prejudice.

   **Plaintiff shall serve on all other parties a copy of this Order.**

Dated: 5/26/06      _____
                    CLAUDIA WILKEN
                    UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA J. MAGAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., et al.,<br><br>    Defendants. | No. C 06-01779 CW<br><br>ORDER TEMPORARILY STAYING ACTION AND DENYING MOTION TO DISMISS WITHOUT PREJUDICE |

IT IS HEREBY ORDERED that all further proceedings in this case are STAYED pending a decision by the Judicial Panel on Multidistrict Litigation (MDL 1769) regarding the transfer of this case for consolidated pretrial proceedings. All hearing and motion dates are VACATED pending further order of this Court. Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP's Motion to Dismiss for Lack of Federal Subject Matter Jurisdiction is denied without prejudice.

**Plaintiff shall serve on all other parties a copy of this Order.**

Dated: 5/26/06

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE